MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON C. REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
ANYA THEPOT (SBN 318430)
athepot@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Interested Party Plaintiff Jason Steinberg*
*Steinberg v. Robinhood Financial, et al.*
Case No.: 3:20-cv-02343-SK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL BECKMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC ROBINHOOD MARKETS, INC.<br><br>Defendants. | CASE NO: 3:20-cv-01626-JD<br><br>**PLAINTIFF JASON STEINBERG'S RESPONSE TO PLAINTIFF DANIEL BECKMAN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

PLAINTIFF JASON STEINBERG'S RESPONSE TO PLAINTIFF DANIEL BECKMAN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11;
CASE NO.: 4:18-cv-03623-HSG

Plaintiff Jason Steinberg ("Steinberg") hereby responds to Plaintiff Daniel Beckman's Administrative Motion to Consider Whether Cases Should be Related (the "Motion"). *See Beckman v. Robinhood Financial LLC, et al.*, Case No. 3:20-cv-01626-JD ("*Beckman*"), Dkt. 34. The Motion seeks to relate the following cases:

(i) *Johann, et al. v. Robinhood Financial, LLC, et al.*, No. 5:20-cv-01909-NC ("*Johann*"), filed in this District on March 18, 2020, and pending before the Honorable Nathaniel Cousins,

(ii) *Metzler v. Robinhood Financial, LLC, et al.*, No. 3:20-cv-02286-SK ("*Metzler*"), filed in this District on April 3, 2020, and pending before the Honorable Magistrate Judge Sallie Kim,

(iii) *Steinberg v. Robinhood Markets, Inc. et al.*, Case No. 3:20-cv-02286-SK ("*Steinberg*") removed to this District from San Mateo County Superior Court on April 7, 2020, and pending before the Honorable Magistrate Judge Sallie Kim, and

(iv) *Xia v. Robinhood Financial, LLC, et al.*, No. 3:20-cv-02352-KAW ("*Xia*"), filed in this District on April 7, 2020.

After a review of the *Beckman* complaint, and the complaints in the *Johann*, *Metzler*, and *Xia* actions, Steinberg agrees that the actions should be deemed related.

Under Civil Local Rule 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). Here, all the actions assert claims alleging the Defendants breached their contracts and various other consumer protection statutes in connection with their online brokerage services beginning on or around March 2, 2019. Furthermore, plaintiffs in all the actions seek to represent substantially similar, if not identical classes, and seek damages and other relief. As such, the actions will require adjudication of substantially the same questions of law and fact.

Steinberg therefore respectfully requests the Court deem these five cases related.

Further, in an effort to streamline these proceedings going forward, and avoid unnecessary motion practice, Steinberg's counsel recently prepared and distributed to plaintiffs' counsel a proposed stipulation to consolidate all related actions pending against Robinhood in the Northern District of California, and anticipates including a negotiated schedule for filing a consolidated

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

PLAINTIFF JASON STEINBERG'S RESPONSE TO PLAINTIFF DANIEL BECKMAN'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11; CASE NO. 4:18-cv-03623-HSG

1

complaint. Steinberg's counsel understands that Robinhood agrees with consolidation and a negotiated schedule.

Dated: April 13, 2020

By: /s/ Mark C. Molumphy

**COTCHETT, PITRE & McCARTHY, LLP**
MARK C. MOLUMPHY
mmolumphy@cpmlegal.com
TYSON C. REDENBARGER
tredenbarger@cpmlegal.com
ANYA THEPOT
athepot@cpmlegal.com
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Interested Party Plaintiff Jason Steinberg*
*Steinberg v. Robinhood Financial, et al.*
Case No.: 3:20-cv-02343-SK

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

PLAINTIFF JASON STEINBERG'S RESPONSE TO PLAINTIFF DANIEL BECKMAN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11; CASE NO. 4:18-cv-03623-HSG

2

CERTIFICATE OF SERVICE

Pursuant to L.R. 5-5, I certify that on April 13, 2020, I caused to be served copies of: PLAINTIFF JASON STEINBERG'S RESPONSE TO PLAINTIFF DANIEL BECKMAN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11, via EMAIL to the persons at the email addresses listed below.

FARELLA BRAUN MARTEL
Eric D. Monek Anderson
Brandon Wisoff
235 Montgomery Street
San Francisco, CA 94104
Tel: (415) 954-4400
emonekanderson@fbm.com
bwisoff@fbm.com
DEBEVOISE & PLIMPTON LLP
Elliot Greenfield
919 Third Avenue
New York NY 10022
Tel: (212) 909-6000
egreenfield@debevois.com
*Counsel for Defendants Robinhood Financial, LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King
Matthew B. George
Mario M. Choi
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel: (415) 772-4700
lking@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com
MEYER WILSON CO., LPA
David P. Meyer
Matthew R. Wilson
Chad Kohler
Michael J. Boyle, Fr.
1320 Dublin Road, Suite 100
Columbus, OH 43215
Tel: (614) 224-6000
dmeyer@meyerwilson.com

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

PLAINTIFF JASON STEINBERG'S RESPONSE TO PLAINTIFF DANIEL BECKMAN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11; CASE NO. 4:18-cv-03623-HSG

3

mwilson@meyerwilson.com
ckohler@meyerwilson.com
mboyle@meyerwilson.com
EREZ LAW
Jeffrey Erez
SunTrust International Center
1 SE 3rd Avenue, Suite 1670
Miami, FL 33131
Tel: (305) 728-3320
jerez@erezlaw.com
*Counsel for Plaintiff Daniel Beckman*

I declare under penalty of perjury, under the laws of the United States, that the forgoing is true and correct. Executed on April 13, 2020 at Burlingame, California.

*/s/ Mark C. Molumphy*

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

PLAINTIFF JASON STEINBERG'S RESPONSE TO PLAINTIFF DANIEL BECKMAN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11; CASE NO. 4:18-cv-03623-HSG

4