C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Eric D. Monek Anderson (State Bar No. 320934)
emonekanderson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Maeve L. O'Connor (*pro hac vice* application forthcoming)
Elliot Greenfield (*pro hac vice* application forthcoming)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com

Attorneys for Defendants
ROBINHOOD MARKETS, INC.
ROBINHOOD FINANCIAL LLC, and
ROBINHOOD SECURITIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL BECKMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | Case No. 3:20-cv-01626-JD<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS ROBINHOOD MARKETS, INC., ROBINHOOD FINANCIAL LLC, AND ROBINHOOD SECURITIES, LLC TO RESPOND TO COMPLAINT**<br><br>The Hon. James Donato<br><br>Trial Date: TBD |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIP. TO EXTEND DEADLINE FOR
ROBINHOOD TO RESPOND TO COMPLAINT
3:20-CV-1626-JD

WHEREAS, there are at least eleven (11) actions (collectively, the "Actions") filed against Robinhood in this Court (Case No. 3:20-cv-01626-JD, Case No. 3:20-cv-01769-JD, Case No. 3:20-cv-01800-JD, Case No. 3:20-cv-01877-JD, Case No. 5:20-cv-01909-LHK, Case No. 3:20-cv-02286-SK, Case No. 3:20-cv-02343-SK, Case No. 4:20-cv-02352-KAW, 5:20-cv-02594-SVK, 4:20-cv-02665-DMR, 3:20-cv-02669-JSC);

WHEREAS, all of the Actions were deemed or are in the process of being deemed Related Actions and related pursuant to Civil Local Rule 3-12, and reassigned to the Honorable James Donato;

WHEREAS, Plaintiffs in the Actions have filed a Motion for Consolidation, which calls for the filing of a consolidated complaint 30 days following the Court's entry of an order consolidating the cases;

WHEREAS, Plaintiffs and Defendants agree that this action and the other Actions should be consolidated to promote judicial economy, efficiency, and conserve judicial resources;

WHEREAS, in light of the proposed consolidation, the parties agree that Defendants shall have no obligation to respond to the complaints filed in the individual actions; and

WHEREAS, this extension is effective without Court approval pursuant to N.D. Cal. Civ. L.R. 6-1(a) ("Parties may stipulate in writing, without a Court order, to extend the time within which to answer or respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court");

WHEREAS, the parties agree that this stipulation does not waive any right to agree to or request further extensions; and

WHEREAS, this stipulation does not waive any party's right to seek any other relief from the Court;

NOW, THEREFORE, the parties hereby stipulate and agree that Defendants' deadlines to respond to the complaints filed in the individual actions are hereby extended, that Defendants have no obligation to respond to the complaints filed in the individual actions, and that Defendants shall only be obligated to respond to a consolidated complaint pursuant to the schedule stipulated by all parties or set by the Court.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO EXTEND DEADLINE FOR ROBINHOOD TO RESPOND TO COMPLAINT
20-CV-01626-JD

2

38567\13285769.1

| | |
|---|---|
| Dated:  April 27, 2020 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/ C. Brandon Wisoff |
| | C. Brandon Wisoff |
| | Attorneys for Defendants<br>ROBINHOOD MARKETS, INC.,<br>ROBINHOOD FINANCIAL LLC, and<br>ROBINHOOD SECURITIES, LLC |
| Dated:  April 27, 2020 | KAPLAN FOX & KILSHEIMER LLP |
| | By: /s/ Matthew B. George |
| | Matthew B. George |
| | Attorneys for Plaintiff<br>DANIEL BECKMAN |

## **ATTESTATION**

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

| | |
|---|---|
| Dated:  April 27, 2020 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/ C. Brandon Wisoff |
| | C. Brandon Wisoff |
| | Attorneys for Defendants<br>ROBINHOOD MARKETS, INC.,<br>ROBINHOOD FINANCIAL LLC, and<br>ROBINHOOD SECURITIES, LLC |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO EXTEND DEADLINE FOR ROBINHOOD TO RESPOND TO COMPLAINT
20-CV-01626-JD

3

38567\13285769.1