UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 18, 2021      Judge: Hon. James Donato

Time: 28 Minutes

Case No. **3:20-cv-01626-JD**
Case Name **In re Robinhood Outage Litigation**

Attorney(s) for Plaintiff(s): Anne Marie Murphy
Attorney(s) for Defendant(s): Maeve O'Connor

Deputy Clerk: Lisa R. Clark      Court Reporter: Marla Knox

PROCEEDINGS

Motion to Dismiss -- Held (by Zoom webinar)

NOTES AND ORDERS

The claims against defendant Robinhood Markets, Inc., are dismissed without prejudice for the reasons discussed at the hearing. If warranted by discovery, plaintiffs may request leave to amend to add Robinhood Markets, Inc., as a defendant.

The motion to dismiss and to strike class allegations, Dkt. No. 76, is denied in all other respects for the reasons discussed at the hearing.

By March 4, 2021, the parties will either select a private mediator and file a joint statement identifying that person, or request that the case be referred to a magistrate judge for settlement.