UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE ROBINHOOD OUTAGE LITIGATION | Master File No. 20-cv-01626-JD |
|---|---|
| | **AMENDED SCHEDULING ORDER** |

On the parties' joint request, Dkt. No. 113, the Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | Closed (except as indicated in the Court's minute order, Dkt. No. 95) |
| Fact discovery cut-off | April 7, 2021 (closed) |
| Expert disclosures | June 25, 2021 |
| Rebuttal expert disclosures | July 30, 2021 |
| Expert discovery cut-off | August 27, 2021 |
| Last day to file motion for class certification | September 24, 2021 |
| Last day to file dispositive and *Daubert* motions | February 18, 2022 |
| Pretrial conference | August 11, 2022, at 10:00 a.m. |
| Jury Trial | August 22, 2022, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: May 14, 2021

_____
JAMES DONATO
United States District Judge

2