W. DANIEL MILES, III *(pro hac vice)*
JAMES EUBANK *(pro hac vice)*
LESLIE L. PESCIA *(pro hac vice)*
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com
james.eubank@beasleyallen.com
leslie.pescia@beasleyallen.com

*Counsel for Plaintiff Joseph Gwaltney*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBINHOOD OUTAGE LITIGATION | Case No. 3:20-cv-01626-JD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

**TO: THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT**, Leslie L. Pescia will no longer be affiliated with the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and therefore hereby withdraws as counsel for Plaintiff Joseph Gwaltney ("Plaintiff"). Plaintiff will continue to be represented by W. Daniel Miles, III and James B. Eubank with Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and other attorneys in this action.

DATED this 17th day of September, 2021.

/s/ Leslie L. Pescia
W. DANIEL MILES, III *(pro hac vice)*
JAMES EUBANK *(pro hac vice)*
LESLIE L. PESCIA *(pro hac vice)*
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com

1
2
                                                      james.eubank@beasleyallen.com
                                                      leslie.pescia@beasleyallen.com

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28