C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Russell Taylor (State Bar No. 320375)
rtaylor@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Maeve L. O'Connor (appearance pro hac vice)
Elliot Greenfield (appearance pro hac vice)
Brandon Fetzer
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com

Attorneys for Defendants
ROBINHOOD MARKETS, INC.;
ROBINHOOD FINANCIAL LLC;
ROBINHOOD SECURITIES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ROBINHOOD OUTAGE LITIGATION | Master File 3:20-cv-01626-JD<br><br>**DECLARATION OF BRANDON FETZER IN SUPPORT OF MOTION TO RETAIN CONFIDENTIALITY**<br><br>Judge: Hon. James Donato<br>Ctrm: 11, 19th Floor |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

FETZER DECL. ISO MOTION
TO RETAIN CONFIDENTIALITY
Case No. 20-cv-01626-JD

I, Brandon Fetzer, declare as follows:

1. I am an attorney at law admitted to practice law in the state of New York, and am an associate at Debevoise & Plimpton LLP, counsel of record for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively, "Robinhood") in this action. I submit this declaration in support of Robinhood's motion to retain confidentiality.

2. On August 12, 2021, Plaintiffs challenged the confidentiality designations Robinhood applied to 323 documents and all of the deposition testimony provided by current and former Robinhood employees.

3. Robinhood reviewed the initial list and, on August 26, 2021, clarified that certain of the documents on the list had never been designated confidential and dedesignated several others. The parties met and conferred the same day to discuss Plaintiffs' challenges and the bases for Robinhood's confidentiality designations.

4. Following the meeting on August 26, Robinhood continued to review and dedesignate several additional documents. For documents that contained both confidential and non-confidential material, Robinhood provided marked-up versions of the documents to identify the confidential material.

5. The parties met and conferred again on August 31, 2021. Robinhood explained that one of the primary reasons that the documents and testimony had been designated confidential was to protect information that would hamper Robinhood's ability to fight off cybersecurity threats. Following the meeting, Plaintiffs withdrew their initial list of challenged designations, subject to renewal.

6. On September 2, 2021, Plaintiffs reasserted challenges to 75 documents and certain portions of the deposition transcripts. Robinhood reviewed the challenged documents and revised many of the confidentiality designations, including by providing marked-up versions of the documents that contained both confidential and non-confidential material.

7. The parties met and conferred on September 8, 2021 to discuss Plaintiffs' remaining challenges and the bases for the remaining confidentiality designations.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

FETZER DECL. ISO MOTION
TO RETAIN CONFIDENTIALITY
Case No. 20-cv-01626-JD

2

8. Following the meeting, Robinhood revised the confidentiality designations applicable to several additional documents.

9. On September 10, 2021, Plaintiffs provided narrowed lists of confidentiality challenges with respect to documents and deposition testimony.

10. Robinhood reviewed the narrowed list of challenged documents and, on September 14, modified the designations applicable to all of the documents on the list. In light of the revised designations, Plaintiffs withdrew their challenges with respect to documents.

11. Robinhood reviewed the narrowed list of challenged deposition testimony and, on September 15, provided revised designations.

12. The parties continued to discuss the challenged deposition testimony on September 16 and 20, but were unable to reach agreement necessitating the motion to retain confidentiality.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of September 2021, at Long Island City, New York.

/s/ Brandon Fetzer
Brandon Fetzer

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

3

FETZER DECL. ISO MOTION
TO RETAIN CONFIDENTIALITY
Case No. 20-cv-01626-JD