1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, California 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480

5  Maeve L. O'Connor (appearance pro hac vice)
   Elliot Greenfield (appearance pro hac vice)
6  Brandon Fetzer (appearance pro hac vice)
   Debevoise & Plimpton LLP
7  919 Third Avenue
   New York, New York 10022
8  Telephone: (212) 909-6000
   Email: mloconnor@debevoise.com
9  Email: egreenfield@debevoise.com
   Email: bfetzer@debevoise.com
10
   Attorneys for Defendants
11 ROBINHOOD MARKETS, INC.;
   ROBINHOOD FINANCIAL LLC;
12 ROBINHOOD SECURITIES, LLC

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

17 | IN RE ROBINHOOD OUTAGE LITIGATION | Master File 3:20-cv-01626-JD

**DECLARATION OF JESPER JOHANSSON IN SUPPORT OF MOTION TO RETAIN CONFIDENTIALITY**

Judge: Hon. James Donato
Ctrm: 11, 19th Floor

**PUBLIC – REDACTS MATERIAL THAT IS CONDITIONALLY FILED UNDER SEAL**

1    I, Jesper Johansson, declare as follows:

2    1.   I am currently an employee of Robinhood Markets, Inc. (collectively with
3  Robinhood Financial LLC and Robinhood Securities, LLC, "Robinhood"), a Defendant in the
4  above captioned action. I have personal knowledge of the matters set forth herein and I could and
5  would testify competently hereto, if called upon to do so.

6    2.   My current title is Head of Cyber Risk and Compliance. My responsibilities
7  include the evaluation and remediation of potential cybersecurity risks that may appear within the
8  course of Robinhood's operations. Criminals are increasingly sophisticated, and technology
9  companies such as Robinhood must be extremely vigilant about what information is made public
10 in order to avoid cybersecurity incidents. Descriptions of the manner in which Robinhood's
11 systems are architected provide valuable insights that could later be used by a bad actor to
12 penetrate Robinhood's systems, putting customers at risk. Similarly, descriptions of how
13 Robinhood models and responds to cybersecurity threats are also valuable insights for a bad actor.
14 For these reasons, such information is generally not publicly disclosed and is tightly guarded.

15   3.   I understand that Plaintiffs in this action are challenging certain testimony from the
16 depositions of Denali Lumma and Nick Dellamaggiore. The public disclosure of this testimony
17 would provide valuable insight into how Robinhood develops and maintains critical infrastructure,
18 placing the company at increased risk of future cyber incidents.

19   4.   I understand Plaintiffs are challenging the confidentiality of the underlined portion
20 of Dellamaggiore's transcript:

21   Q. Since March of 2020, how many SEV 0 outages have there been?

22   A. I'm trying to think. When was that one? I think there's only been one, as I
23   recall.

24   Q. Do you recall the date?



2

1
2
3
4
5
6
7
8
9
10
11
12      5.
13
14
15
16
17
18
19
20
21      6.      I understand Plaintiffs are challenging the confidentiality of the underlined portion

of Lumma's transcript:

Q. Do you have any other examples of how Robinhood was not professional?

MS. O'CONNOR: Objection.

A. In the course of trying to define systemic and strategic programs that would
address the unsound foundational aspects of Robinhood, we discovered some
things that were quite surprising.

One discovery that we made by an engineer who I directed to go and assess the
highest risk debt or highest risk gaps uncovered the fact that we did not have

3

2. ███
3. ███
4. ███
5. ███
6. ███
7. ███
8. ███
9. ███
10. ███
11. ███
12. ███
13. ███
14. ███
15. ███
16. ███
17. ███

18. I declare under penalty of perjury that the foregoing is true and correct.

19. Executed this 21st day of September 2021, at Issaquah, Washington.

DocuSigned by:

*Jesper Johansson*

JESPER JOHANSSON