**COTCHETT, PITRE & McCARTHY, LLP**
Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Noorjahan Rahman (SBN 330572)
Tyson C. Redenbarger (SBN 294424)
Julia Q. Peng (SBN 318396)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*amurphy@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*nrahman@cpmlegal.com*
*tredenbarger@cpmlegal.com*
*jpeng@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (SBN 239322)
Kathleen A. Herkenhoff (SBN 168562)
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*mgeorge@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*lking@kaplanfox.com*

*Interim Co-Lead Counsel for Plaintiffs*

**FARELLA BRAUN + MARTEL LLP**
Karen P. Kimmey (State Bar No. 173284)
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
*kkimmey@fbm.com*

**DEBEVOISE & PLIMPTON LLP**
Maeve L. O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
Brandon Fetzer (*pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
*mloconnor@debevoise.com*
*egreenfield@debevoise.com*
*bfetzer@debevoise.com*

*Attorneys for Defendants Robinhood
Financial LLC, Robinhood
Securities, LLC and Robinhood Markets, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:  Robinhood  Outage Litigation | Master File No. 3:20-cv-01626-JD <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** <br><br> Judge:  Hon. James Donato <br> Ctrm:  11, 19th Floor |

38567\14632838.1

IT IS HEREBY STIPULATED AND AGREED, by counsel for the Parties listed below that:

WHEREAS, the deadline to file summary judgment and dispositive motions is February 18, 2022 (Dkt. 124);

WHEREAS, the Parties have met and conferred and agreed upon a briefing schedule in connection with the forthcoming motions in order to accommodate deadlines and commitments in other cases;

WHEREAS, the proposed briefing schedule does not impact the other deadlines set by the Court, including trial dates (Dkt. 124);

NOW THEREFORE, it is hereby stipulated and agreed by the Parties, subject to the order of the Court, that:

1.    Opposition briefs shall be due April 1, 2022; and

2.    Reply briefs shall be due April 29, 2022.

IT IS SO STIPULATED.

Dated:  February 15, 2022                    Respectfully submitted,

**COTCHETT, PITRE & MCCARTHY, LLP**


*/s/ Anne Marie Murphy*
Anne Marie Murphy

Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Noorjahan Rahman (SBN 330572)
Tyson C. Redenbarger (SBN 294424)
Julia Peng (SBN 318396)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010 Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*amurphy@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*lhakala@cmplegal.com*
*nrahman@cpmlegal.com*
*tredenbarger@cpmlegal.com*
*jpeng@cpmlegal.com*

38567\14632838.1

Dated:  February 15, 2022

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Matthew B. George*
Matthew B. George

Matthew B. George (SBN 239322)
Kathleen A. Herkenhoff (SBN 168562)
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612 Telephone: 415-772-4700
Facsimile: 415-772-4707
*mgeorge@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*lking@kaplanfox.com*

*Interim Co-Lead Counsel for Plaintiffs*

DATED:  February 15, 2022

**FARELLA BRAUN + MARTEL LLP**

*/s/ Karen P. Kimmey*
Karen P. Kimmey

Karen P. Kimmey (State Bar No. 173284)
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
*kkimmey@fbm.com*

**DEBEVOISE & PLIMPTON LLP**
Maeve O'Connor
Elliot Greenfield
Brandon Fetzer
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
*mloconnor@debevoise.com*
*egreenfield@debevoise.com*
*bfetzer@debevoise.com*

*Attorneys for Defendants Robinhood Financial LLC,*
*Robinhood Securities, LLC and Robinhood Markets, Inc.*

38567\14632838.1

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON SUMMARY JUDGMENT
AND *DAUBERT* MOTIONS  CASE NO. 3:20-cv-01626-JD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Karen P. Kimmey, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February 2022, at San Francisco, California.

                                        */s/ Karen P. Kimmey*
                                        Karen P. Kimmey

38567\14632838.1

**[PROPOSED] ORDER**

Having considered the parties' stipulation, and for good cause shown, the Court hereby ORDERS that the briefing schedule in connection with the parties' summary judgment and *Daubert* motions is as follows:

1.  Opposition briefs shall be due April 1, 2022; and

2.  Reply briefs shall be due April 29, 2022.


DATED: February ___, 2022

_____
Honorable James Donato
United States District Judge

38567\14632838.1

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON SUMMARY JUDGMENT AND *DAUBERT* MOTIONS  CASE NO. 3:20-cv-01626-JD