Karen P. Kimmey (State Bar No. 173284)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
kkimmey@fbm.com

Maeve L. O'Connor (appearance pro hac vice)
Elliot Greenfield (appearance pro hac vice)
Brandon Fetzer (appearance pro hac vice)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com

Attorneys for Defendants
ROBINHOOD MARKETS, INC.;
ROBINHOOD FINANCIAL LLC;
ROBINHOOD SECURITIES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ROBINHOOD OUTAGE LITIGATION | Master File No. 3:20-cv-01626-JD<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. James Donato |

1   All parties hereby jointly notify the Court that, effective May 26, 2022, the parties have
2   reached an agreement in principle resolving this action.  Once final details are resolved, and within
3   60 days of this notice, the parties will file a motion for preliminary approval of the settlement.  In
4   the interim, the parties request that all current deadlines be stayed pending that filing.

        Respectfully submitted.

DATED:  May 26, 2022           **FARELLA BRAUN + MARTEL LLP**

                               */s/ Karen P. Kimmey*
                               Karen P. Kimmey (State Bar No. 173284)
                               235 Montgomery Street, 17th Floor
                               San Francisco, California 94104
                               Telephone: (415) 954-4400
                               kkimmey@fbm.com


                               **DEBEVOISE & PLIMPTON LLP**

                               */s/ Maeve L. O'Connor*
                               Maeve L. O'Connor (appearance pro hac vice)
                               Elliot Greenfield (appearance pro hac vice)
                               Brandon Fetzer (appearance pro hac vice)
                               919 Third Avenue
                               New York, New York 10022
                               Telephone: (212) 909-6000
                               mloconnor@debevoise.com
                               egreenfield@debevoise.com
                               bfetzer@debevoise.com

                               *Attorneys for Defendants Robinhood Financial LLC,*
                               *Robinhood Securities, LLC and Robinhood Markets, Inc.*

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Matthew B. George*
Matthew B. George (State Bar No. 239322)
Kathleen A. Herkenhoff (State Bar No. 168562)
Laurence D. King (State Bar No. 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
mgeorge@kaplanfox.com
kherkenhoff@kaplanfox.com
lking@kaplanfox.com

**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Anne Marie Murphy*
Anne Marie Murphy (State Bar No. 202540)
Mark C. Molumphy (State Bar No. 168009)
Noorjahan Rahman (State Bar No. 330572)
Tyson C. Redenbarger (State Bar No. 294424)
Julia Peng (State Bar No. 318396)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
amurphy@cpmlegal.com
mmolumphy@cpmlegal.com
nrahman@cpmlegal.com
tredenbarger@cpmlegal.com
jpeng@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Karen P. Kimmey, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2022, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　*/s/ Karen P. Kimmey*
　　　　　　　　　　　　　　　　　　　　Karen P. Kimmey