**COTCHETT, PITRE & McCARTHY, LLP**
Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
Julia Q. Peng (SBN 318396)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
amurphy@cpmlegal.com
mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com
jpeng@cpmlegal.com

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (SBN 239322)
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
mgeorge@kaplanfox.com
lking@kaplanfox.com

*Interim Co-Lead Counsel for Plaintiffs*

**FARELLA BRAUN + MARTEL LLP**
Karen P. Kimmey (SBN 173284)
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
kkimmey@fbm.com

**DEBEVOISE & PLIMPTON LLP**
Maeve L. O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
Brandon Fetzer (*pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com

*Attorneys for Defendants Robinhood Financial LLC, Robinhood Markets, Inc., and Robinhood Securities, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Robinhood Outage Litigation | Master File No. 3:20-cv-01626-JD<br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BRIEFING DEADLINE**<br><br>Judge: Hon. James Donato<br>Ctrm: 11, 19th Floor |

IT IS HEREBY STIPULATED AND AGREED, by counsel for Daniel Beckman, Joseph Gwaltney, Emma Jones, Leila Kuri, Jared Leith, Omeed Mahrouyan, Mahdi Heidari Moghadam, Howard Morey, Colin Prendergast, Raghu Rao, Michael Riggs, Kevin Russell, Jason Steinberg, Jared Ward and Mengni Xia ("Plaintiffs"), and Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC ("Defendants") (collectively, the "Parties") that:

WHEREAS on May 26, 2022, the Parties filed a Joint Notice of Settlement in Principle (Dkt. No. 169), wherein the Parties stated "within 60 days of this notice, the parties will file a motion for preliminary approval of the settlement";

WHEREAS, the Motion for Preliminary Approval of Settlement is currently due on July 25, 2022;

WHEREAS, the Parties have made significant progress towards finalizing the settlement, including the discussion of customer account and contact information necessary to calculate settlement payments and provide notice, the bid process and selection of a notice administrator, and the drafting and exchanging of the settlement agreement, and exhibits thereto;

WHEREAS, despite the Parties' good faith efforts to finalize the settlement in 60 days, due to the complexity of issues the Parties are still in the process of finalizing the terms of the Settlement Agreement;

WHEREAS, the Parties have discussed and will likely come to a resolution on all material issues and expect that the settlement agreement will be ready for execution in the forthcoming days;

WHEREAS, once the Parties finalize the settlement agreement, they will need some additional time to obtain all of the requisite signatures;

WHEREAS, Plaintiffs will need some additional time to prepare and finalize the motion for preliminary approval and its supporting declarations; and

WHEREAS, in light of the foregoing, the Parties have agreed to seek an extension of the deadline by which to file the motion for preliminary approval by twelve (12) days from July 25, 2022 to August 5, 2022;

NOW THEREFORE, it is hereby stipulated and agreed by the Parties, subject to the order of the Court, that:

1. The deadline to file a Motion for Preliminary Approval of Settlement shall be extended from July 25, 2022 to August 5, 2022.

**IT IS SO STIPULATED**.

Respectfully submitted,

**COTCHETT, PITRE & MCCARTHY, LLP**

DATED: July 21, 2022        By:  /s/ *Anne Marie Murphy*
                                      Anne Marie Murphy

Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
Julia Peng (SBN 318396)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*amurphy@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*tredenbarger@cpmlegal.com*
*jpeng@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**

DATED: July 21, 2022        By:  /s/ *Matthew B. George*
                                      Matthew B. George

Matthew B. George (SBN 239322)
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*mgeorge@kaplanfox.com*
*lking@kaplanfox.com*

*Interim Co-Lead Counsel for Plaintiffs*

|  |  |
|---|---|
|  | **FARELLA BRAUN + MARTEL LLP** |
| DATED: July 21, 2022 | By: /s/ *Karen P. Kimmey* <br> Karen P. Kimmey |
|  | Karen P. Kimmey (State Bar No. 173284) <br> 235 Montgomery Street, 17th Floor <br> San Francisco, California 94104 <br> Telephone: (415) 954-4400 <br> Facsimile: (415) 954-4480 <br> *kkimmey@fbm.com* |
|  | **DEBEVOISE & PLIMPTON LLP** |
| DATED: July __, 2022 | By: /s/ *Elliot Greenfield* <br> Elliot Greenfield |
|  | Maeve L. O'Connor (*pro hac vice*) <br> Elliot Greenfield (*pro hac vice*) <br> Brandon Fetzer (*pro hac vice*) <br> 919 Third Avenue <br> New York, New York 10022 <br> Telephone: (212) 909-6000 <br> *mloconnor@debevoise.com* <br> *egreenfield@debevoise.com* <br> *bfetzer@debevoise.com* |
|  | *Attorneys for Robinhood Financial LLC, Robinhood Markets Inc., and Robinhood Securities, LLC* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2022 at San Diego, California.

                              /s/ *Matthew B. George*
                                Matthew B. George

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties and good cause appearing, IT IS ORDERED that:

1. The deadline to file a Motion for Preliminary Approval of Settlement shall be extended from July 25, 2022 to August 5, 2022.

**IT IS SO ORDERED.**

Dated: _____        _____
                                Honorable James Donato
                                United States District Judge