**COTCHETT, PITRE & MCCARTHY, LLP**
Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
Julia Q. Peng (SBN 318396)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*amurphy@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*tredenbarger@cpmlegal.com*
*jpeng@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (SBN 239322)
Kathleen A. Herkenhoff (SBN 168562)
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*mgeorge@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*lking@kaplanfox.com*

Interim Co-Lead Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Robinhood Outage Litigation | Master File No. 3:20-cv-01626-JD <br><br> <u>CLASS ACTION</u> <br><br> **AMENDED NOTICE OF HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** <br><br> New Hearing Date: September 8, 2022 <br> Time: 10:00 a.m. <br> Judge: Hon. James Donato <br> Ctrm: 11, 19th Floor |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 8, 2022 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable James Donato, United States District Judge for the Northern District of California, at the San Francisco Courthouse, 450 Golden Gate Avenue, Courtroom 11, 19th Floor, San Francisco, CA 94102, Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement (Dkt. No. 173) will be heard. Counsel has been informed that the Court is not available on the previously noticed date of September 22, 2022.

Respectfully submitted,

Dated: August 19, 2022

*/s/ Anne Marie Murphy*
**COTCHETT, PITRE & MCCARTHY, LLP**
Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
Julia Q. Peng (SBN 318396)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*amurphy@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*tredenbarger@cpmlegal.com*
*jpeng@cpmlegal.com*

Dated: August 19, 2022

*/s/ Matthew B. George*
**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (SBN 239322)
Kathleen A. Herkenhoff (SBN 168562)
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*mgeorge@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*lking@kaplanfox.com*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Amended Notice of Hearing Date for Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Anne Marie Murphy attest that concurrence in the filing of this document has been obtained.

DATED: August 19, 2022

*/s/Anne Marie Murphy*
Anne Marie Murphy

*Interim Co-Lead Counsel for Plaintiffs*
