**COTCHETT, PITRE & McCARTHY, LLP**
Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
amurphy@cpmlegal.com
mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (SBN 239322)
Kathleen A. Herkenhoff (SBN 168562)
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
mgeorge@kaplanfox.com
kherkenhoff@kaplanfox.com
lking@kaplanfox.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Robinhood Outage Litigation | Master File No. 3:20-cv-01626-JD<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF STEVE LOPEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT; AND FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>Date: June 15, 2023<br>Time: 10:00 a.m<br>Judge: Hon. James Donato<br>Ctrm: 11, 19th Floor |

I, STEVE LOPEZ, declare as follow:

1. I am a member of Gibbs Law Group LLP. I have personal knowledge of the matters stated here, and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion for Final Approval of Proposed Settlement and Motion for Attorneys' Fees, Expenses, and Service Awards ("Motions").

3. On July 22, 2020, I was appointed Liaison Counsel in this Action. EFC No. 65. My primary role involved working with Class Counsel Anne Marie Murphy and Matthew B. George ("Class Counsel"), to ensure that Plaintiffs' pretrial preparation, in particular the Plaintiffs' Counsels' time reporting and billing, was conducted effectively, efficiently, and economically.

4. In my role, I conferred with Class Counsel concerning the proposed Time and Expense Protocol prior to implementation. Starting in August 2020, Class Counsel, the Executive Committee and additional Plaintiffs' Counsel, submitted to me detailed billing records on a monthly basis, along with a summary of those records by timekeeper and by task code. Pursuant to the protocol, the submissions were reviewed to confirm that they accorded with the protocol. When appropriate, I corresponded with Plaintiffs' counsel regarding deficiencies in their reports and necessary corrective actions. For example, at times I requested more detailed descriptions, identified where too many lawyers had worked on a given task, or simply confirmed that certain entries were not common benefit work. As a result of these efforts, Plaintiffs' Counsel diligently worked to follow protocol requirements and were careful to follow it. Of course, I was always available to discuss whatever issues or questions that Plaintiffs' counsel raised.

5. In addition to my real-time review of time and expenses on a monthly basis, I continued to review the relevant time and expense records for each Executive Committee and additional Plaintiffs' firm in connection with the filing of this declaration. In reviewing the monthly and quarterly reports, I did not attempt to arrive at any particular amount of lodestar, or lodestar reduction, or to reach any preconceived lodestar, multiplier, or percentage of the fund. Instead, my sole aim was to ensure compliance with this Court's guiding principles on billing practices, fees, costs, and expenses and the mandates of the Court's order appointing Class Counsel.

6. I also coordinated with Class Counsel, the Executive Committee firms, and the additional Plaintiffs' firms to prepare declarations ("Declaration(s)") in support of their time and expense submissions in support of the Motion. Attached hereto as **Exhibits 1-14** are true and correct copies of the firm Declarations, each accompanied by three exhibits: (1) **Exhibit A** is lodestar calculation using the most recent reported hourly rate for each timekeeper; (2) **Exhibit B** is a calculation of total expenses by category; and (3) **Exhibit C** is a firm resume. I have reviewed each Exhibit A and Exhibit B attached to the Declarations, and each appears to be accurate.

7. As reflected in the Declarations, the total lodestar reported for the period from appointment and consolidation through June 30, 2022, for Class Counsel, the Executive Committee, and additional Plaintiffs' counsel is 9,281 hours of billable work, for a lodestar of approximately $5,450,870. That total does not include any hours billed since June 30, 2022, when the Preliminary Approval Motion was prepared. The post-June 30, 2022, hours, up to December 31, 2022, equal over 250 hours. Additionally, while I did not review and vet the pre-consolidation reports in the same fashion as the other submissions, I did review the pre-consolidation reports which reflect a significant amount of work counsel performed prior to consolidation. The total for this pre-consolidation work, from inception to consolidation on July 22, 2020, is $1,756,586.50, representing over 3500 hours of work. In total, Plaintiffs' Counsel performed over 13,300 hours of billable work from inception through December 31, 2022.

8. Of the total amount billed from consolidation until June 30, 2022, approximately 73% was performed by the two Class Counsel firms. A summary of the hours and lodestar figures by firm, from consolidation until June 30, 2022, is included below:

| **Role** | **Firm Name** | **Hours** | **Lodestar Total** |
|---|---|---|---|
| **Interim Co-Lead Counsel** | Kaplan Fox | 2,530.50 | $1,831,516.00 |
| | CPM | 4,249.80 | $2,393,007.50 |

| | | | |
|---|---|---|---|
| **Executive Committee & Liaison Counsel** | Ahdoot & Wolfson | 21.50 | $17,645.00 |
| | Beasley Allen | 119.95 | $85,000.00 |
| | Carlson Lynch | 112.95 | $57,350.00 |
| | Gibbs Law Group | 85.50 | $58,960.50 |
| | Lite DePalma & Greenberg | 333.80 | $205,812.50 |
| | Meyer Wilson | 302.00 | $151,370.50 |
| | Scott + Scott | 268.40 | $138,428.50 |
| | Shumaker Loop & Kendrick | 750.10 | $219,313.00 |
| | Wolf Haldenstein | 59.10 | $29,634.00 |
| **Add'l Plaintiffs' Counsel** | Bottini & Bottini | 410.40 | $231,897.50 |
| | Grabar Law Office | 9.40 | $8,695.00 |
| | Weiser Law Firm | 27.80 | $22,240.00 |
| **Total** | | 9281.20 | $5,450,870.00 |

9. Detailed billing records are available and will be provided upon request.

10. Attached hereto as **Exhibit 15** is a compilation of Plaintiffs' Counsel's unreimbursed expenses totaling $1,102,432.84 from July 22, 2020 through March 17, 2023, in connection with the prosecution of this Action. Attached as **Exhibit 16** is a chart listing total expenses by category. These expenses were advanced by Plaintiffs' Counsel on a contingent basis. These expenses are supported by each firm's separate declaration (*see*, *infra*, at **Exhibit 1-14**). The total also reflects the total contributions by Class Counsel to the Litigation Fund established to finance the joint prosecution of this litigation, along with invoiced costs that are currently unpaid by the Litigation Fund, as described in **Exhibit 2** to the Joint Declaration in Support of Plaintiffs' Motion for Final Approval of Proposed Settlement, and for Attorneys' Fees, Expenses, and Service Awards, filed herewith. With the credit of unused funds applied, the total expenses sought total $1,102,432.84.

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief. Executed on March 27, 2023, in Oakland, California.

**GIBBS LAW GROUP LLP**

*/s/ Steve Lopez*
STEVE LOPEZ

505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
sal@classlawgroup.com

*Liaison Counsel for Plaintiffs*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Steve Lopez in Support of Motion for Final Approval of Proposed Settlement; Attorneys Fees, Expenses, and Service Awards. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Anne Marie Murphy attest that concurrence in the filing of this document has been obtained.

DATED: March 27, 2023

*/s/Anne Marie Murphy*
Anne Marie Murphy