**COTCHETT, PITRE & MCCARTHY, LLP**
Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*amurphy@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*tredenbarger@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (SBN 239322)
Kathleen A. Herkenhoff (SBN 168562)
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*mgeorge@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*lking@kaplanfox.com*

*Interim Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re: Robinhood Outage Litigation | Master File No. 3:20-cv-01626-JD<br><br><u>CLASS ACTION</u><br><br>**NOTICE REGARDING OBJECTION OF RUIWEN PAN** |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2    Pursuant to the Parties' discussions with the Court at the final approval hearing on June 15,
3  2023, Class Counsel communicated both verbally and in writing with the objector, Mr. Ruiwen
4  Pan.  *See* Declaration of Matthew B. George filed herewith.  Class Counsel discussed Mr. Pan's
5  options, including to opt-out by the extended deadline or to remain in the Settlement Class and be
6  bound by the terms of the judgment and release of claims.  *Id*.  Class Counsel also provided Mr.
7  Pan with a copy of the Court's minute order, ECF No. 199.  *Id*.  After further communications, Mr.
8  Pan ultimately elected to stay in the Settlement Class, which he communicated to Class Counsel in
9  writing.  *Id*.

10    Now that this is resolved, Plaintiffs submit that final approval may be granted.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  July 11, 2023          By:  /s/ *Matthew B. George*
                                           Matthew B. George

Matthew B. George (SBN 239322)
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*mgeorge@kaplanfox.com*
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*

**COTCHETT, PITRE & MCCARTHY, LLP**

DATED: July 11, 2023          By:  /s/ *Anne Marie Murphy*
                                           Anne Marie Murphy

Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*amurphy@cpmlegal.com*
*mmolumphy@cpmlegal.com*

*tredenbarger@cpmlegal.com*

*Interim Co-Lead Counsel for Plaintiff*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of July, 2023, at San Diego, California.

By: /s/ *Matthew B. George*
Matthew B. George