**COTCHETT, PITRE & MCCARTHY, LLP**
Anne Marie Murphy (SBN 202540)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*amurphy@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*tredenbarger@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (SBN 23932)
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*mgeorge@kaplanfox.com*
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Robinhood Outage Litigation | Master File No. 3:20-cv-01626-JD<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MATTHEW B. GEORGE RE: OBJECTION OF RUIWEN PAN** |

Case No. 3:20-cv 01626-JD

DECLARATION OF MATTHEW B. GEORGE RE: OBJECTION OF RUIWEN PAN

I, Matthew B. George, declare and state as follows:

1. I am a member of the bar of the State of California and duly licensed to practice before all courts of the State of California. I am an attorney at the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox").

2. I have personal knowledge of the facts stated herein and if called upon as a witness, could and would testify to the facts set forth herein.

3. On June 15, 2023, the Court held a hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement. ECF No. 192. At the hearing, the Parties and the Court discussed the objection of Ruiwen Pan. ECF No. 194. The Court indicated its intent to overrule Mr. Pan's objection subject to providing him an additional 30 days to opt-out of the Settlement should he choose to do so.

4. Without waiving any applicable privileges, I followed up with Mr. Pan by both telephone and email on June 16, 2023. During our conversation on June 16, 2023, we discussed his options and the additional time to opt-out should he choose to do so. On June 26, 2023, the Court entered its minute order commemorating the hearing and setting a July 26, 2023 opt-out deadline for Mr. Pan. ECF No. 199. On June 28, 2023, I was able to reach Mr. Pan by phone to further explain the deadline and that should he choose to stay in the Settlement that he would be bound by the judgment in this matter. I followed up in writing via email and included a copy of the Court's minute order. I requested that Mr. Pan notify us in writing of whichever election he would make. On June 28, 2023, Mr. Pan sent an email confirming his desire to stay in the Settlement Class: "Please take this as my written decision to stay in the Class and my understanding that I will be bound by the terms of the settlement and release of claims."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July, 2023, at San Diego, California.

By: /s/ *Matthew B. George*
       Matthew B. George