UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Robinhood Outage Litigation | Mater File No.  20-cv-01626-JD |
| | **JUDGMENT** |

      Pursuant to Federal Rule of Civil Procedure 58 and the order of final approval, Dkt. No. 201, a judgment of dismissal with prejudice is entered.

      **IT IS SO ORDERED.**

Dated:  July 28, 2023

_____

JAMES DONATO
United States District Judge