# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Robinhood Outage Litigation | Master File No. 3:20-cv-01626-JD <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO AUTHORIZE DISBURSEMENT OF CY PRES AWARD** |

The Court, having considered Plaintiffs' Administrative Motion to Authorize Disbursement of *Cy Pres* Award, and finding good cause therefore, hereby orders as follows:

Plaintiffs' Motion is GRANTED and disbursement of the residual funds in the amount of $191,688.52, less applicable taxes and banking fees, to the IRC and the NU CCLIPC shall be made within 30 days of this Order.

IT IS SO ORDERED.

DATED: December 16, 2025

Hon. James Donato
United States District Judge

Case No. 20-cv-01626-JD
[Proposed] Order Granting Admin. Mot. to Authorize Disbursement of Cy Pres Award